# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| KAYLA M. SUPANCIK, AN INCAPACITED PERSON, BY ELIZABETH SUPANCIK, PLENARY GUARDIAN OF THE PERSON AND ESTATE, AND APRIL SUPANCIK, INDIVIDUALLY, | : No. 378 MAL 2019 |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| Petitioners | : |
| | : |
| v. | : |
| | : |
| TYLER M. ROBINSON, | : |
| | : |
| Respondent | : |
| KAYLA M. SUPANCIK, AN INCAPACITED PERSON, BY ELIZABETH SUPANCIK, PLENARY GUARDIAN OF THE PERSON AND ESTATE, AND APRIL SUPANCIK, INDIVIDUALLY, | : No. 401 MAL 2019 |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| Respondents | : |
| | : |
| v. | : |
| | : |
| TYLER M. ROBINSON, | : |
| | : |
| Cross Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 11th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.